**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO 18 B 02498 et al |
| Sheila Norwood ) | |
|    And Attached list of cases ) | |
| ) | |
| ) | |

**AGREED SUBSTITUTION OF ATTORNEY**

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 2091-1**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Nathan Delman and Patrick Semrad hereby agree to substitute the appearance of Nathan Delman for Patrick Semrad and withdraw the appearance of Nathan Delman for the above case AND the attached list of cases, as follows:

| **COUNSEL APPEARANCE WITHDRAWN:** | **COUNSEL SUBSTITUTING AND APPEARING:** |
|---|---|
| Nathan Delman | Patrick Semrad |
| The Semrad Law Firm, LLC | The Semrad Law Firm, LLC |
| 20 S Clark 28th Floor | 20 S Clark 28th Floor |
| Chicago IL 60603 | Chicago IL 60603 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

                                                AGREED TO BY BOTH PARTIES:

/s/ Nathan Delman                                                                                  /s/ Patrick Semrad

RESPECTFULLY SUBMITTED
/s/ Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago IL 60603
312-913-0625

| | | | |
|---|---|---|---|
| 18-02498 | Sheila Norwood | 13 | 01/29/18 |
| 18-02545 | Dwayne Harbin | 13 | 01/30/18 |
| 18-02566 | Rajiv L Raju | 13 | 01/30/18 |
| 18-02673 | Ashley Redmond | 7 | 01/31/18 |
| 18-02773 | Andrew J Daniels | 13 | 01/31/18 |
| 18-02935 | Kennesha C. Young | 13 | 02/01/18 |
| 18-03036 | Ramada Dodd | 13 | 02/02/18 |
| 18-03248 | Beatrice Lones and Dale Lones | 13 | 02/06/18 |
| 18-03270 | Janel Walls | 13 | 02/06/18 |
| 18-03290 | Alan C. Buie | 13 | 02/06/18 |
| 18-03460 | Darrell T. Eskridge | 13 | 02/07/18 |
| 18-03609 | Gloria Santiago | 13 | 02/09/18 |
| 18-03833 | Timothy Beene | 13 | 02/13/18 |
| 18-03873 | Adam K Weirich | 13 | 02/13/18 |
| 18-03892 | Jeffery L. Ollie | 13 | 02/13/18 |
| 18-03959 | Blanca E Chavez | 13 | 02/14/18 |
| 18-03976 | Bertha Nicholson | 13 | 02/14/18 |
| 18-04086 | Alonda Booker | 13 | 02/15/18 |
| 18-04116 | Timothy Shannon | 13 | 02/15/18 |
| 18-04288 | Jenise N Garcia | 13 | 02/16/18 |
| 18-04407 | Heather M. Downing | 13 | 02/19/18 |
| 18-04499 | Jeremie Cotton | 13 | 02/20/18 |
| 18-04689 | Rachel Jackson | 13 | 02/21/18 |
| 18-04782 | Yolanda Smith | 13 | 02/21/18 |
| 18-04830 | Taurus D Young | 13 | 02/22/18 |
| 18-04982 | Krystina Ross | 13 | 02/23/18 |
| 18-04991 | LaDonna Parker | 13 | 02/23/18 |
| 18-04992 | Carlisa T Moore | 13 | 02/23/18 |

| | | | |
|---|---|---|---|
| 18-05045 | Charleston Lewis | 13 | 02/23/18 |
| 18-05173 | Shya Moore | 13 | 02/26/18 |
| 18-05183 | Tiara Ferlo | 13 | 02/26/18 |
| 18-05239 | Lisa Smith | 13 | 02/26/18 |
| 18-05262 | Antoine Smedley | 13 | 02/26/18 |
| 18-05438 | Raymon Jenkins | 13 | 02/27/18 |
| 18-05441 | Darrius Hollidy | 13 | 02/27/18 |
| 18-05481 | Roman J. Henclewski | 13 | 02/27/18 |
| 18-05484 | Sarah Simmons | 13 | 02/27/18 |
| 18-05599 | Tishawn Bentley | 13 | 02/28/18 |
| 18-05606 | Erika Harris-Franklin | 13 | 02/28/18 |
| 18-05610 | Wanda Finney | 13 | 02/28/18 |
| 18-05683 | Bradley P. Dietz and Christine R. Dietz | 7 | 02/28/18 |
| 18-05906 | Christopher L. Williams | 13 | 03/01/18 |
| 18-05932 | Troy G. Foster | 13 | 03/01/18 |
| 18-05958 | Georgia M. Boughton | 13 | 03/01/18 |
| 18-06025 | Campbrien Thompson | 13 | 03/02/18 |
| 18-06110 | Joann Dennis | 13 | 03/02/18 |
| 18-06152 | Laura Bass | 13 | 03/05/18 |
| 18-06266 | Shari Devers | 13 | 03/05/18 |
| 18-06564 | Joslyn M Furlan | 7 | 03/07/18 |
| 18-07158 | Melvin L. Sanders and Channda Sanders | 13 | 03/13/18 |
| 18-07567 | Angela F. Thomas | 13 | 03/15/18 |
| 18-07817 | Christopher M Johnson, Jr | 13 | 03/19/18 |
| 18-08071 | Danielle Johnson | 13 | 03/20/18 |
| 18-08241 | Shauna M. Whitfield | 13 | 03/21/18 |
| 18-08325 | Roger Bauer | 13 | 03/22/18 |

| Case | Name | Ch | Date |
|---|---|---|---|
| 18-08778 | Gumersindo V. Camarena and Laura Camarena | 13 | 03/27/18 |
| 18-08898 | Terrell Peterson, Sr | 13 | 03/27/18 |
| 18-08948 | Christine Davis | 13 | 03/28/18 |
| 18-08979 | Roxana Hall | 13 | 03/28/18 |
| 18-09329 | Letricia Josephs | 13 | 03/30/18 |
| 18-09477 | Vernita D. Grier | 13 | 03/30/18 |
| 18-09484 | Betty Lee | 13 | 03/30/18 |
| 18-09534 | Jennifer S Montantes and Francis Montantes | 13 | 03/30/18 |
| 18-09683 | Fernando Gutierrez | 13 | 04/02/18 |
| 18-09775 | Linda Zbroskewich | 13 | 04/03/18 |
| 18-09883 | Leonie L. Laing Young | 13 | 04/04/18 |
| 18-09898 | Keith Simmons, Jr | 13 | 04/04/18 |
| 18-09921 | Carolyn D Burage | 13 | 04/04/18 |
| 18-10074 | Jolene A DeGeeter and John C DeGeeter | 13 | 04/06/18 |
| 18-10188 | Alicia Gonzalez | 13 | 04/06/18 |
| 18-10493 | Rodney T Armstrong, Sr | 13 | 04/10/18 |
| 18-10512 | Stacy Veal and Jerome Veal | 13 | 04/11/18 |
| 18-10684 | Janet C. Little | 13 | 04/12/18 |
| 18-11054 | Madeline Wilke | 13 | 04/16/18 |
| 18-11098 | Shariah Kotero | 13 | 04/17/18 |
| 18-11165 | Catherine M. Bromley and Brittnee A. Bromley | 13 | 04/17/18 |
| 18-11282 | Carribeon S Brown-Ballard | 13 | 04/18/18 |
| 18-11518 | Eugene Geater | 13 | 04/19/18 |
| 18-11850 | Lamongo G. Snow | 13 | 04/23/18 |
| 18-12088 | Marlene Pierson | 13 | 04/25/18 |
| 18-12484 | Raymond Robinson | 13 | 04/27/18 |

| Case No. | Debtor(s) | Chapter | Filed |
|---|---|---|---|
| 18-12690 | Mark Embrey | 13 | 04/30/18 |
| 18-12863 | Rosendo Balmaseda | 13 | 05/01/18 |
| 18-12867 | Larry J. Horne | 13 | 05/01/18 |
| 18-12961 | Ruben Resendiz and Maria Carbajal | 13 | 05/02/18 |
| 18-13107 | Renetta Gunn-Stevens | 13 | 05/04/18 |
| 18-13173 | Quinshawnta K May | 13 | 05/04/18 |
| 18-13209 | Ericka Moore | 13 | 05/04/18 |
| 18-13307 | Denise M. Moss | 13 | 05/07/18 |
| 18-13342 | Barbara Evans | 13 | 05/07/18 |
| 18-13523 | Linda Wright | 13 | 05/08/18 |
| 18-13532 | Janie B. Ceniceros and Gilberto Ceniceros | 13 | 05/08/18 |
| 18-13589 | John Seaman | 13 | 05/09/18 |
| 18-13634 | Javona M Mosley | 13 | 05/09/18 |
| 18-13678 | Jeffrey Trent | 13 | 05/10/18 |
| 18-13700 | Lashawn D. Shaw | 13 | 05/10/18 |
| 18-13811 | Sandra White | 13 | 05/11/18 |
| 18-13815 | Tawanna M. Milton | 13 | 05/11/18 |
| 18-13920 | Teri Wilson | 13 | 05/11/18 |
| 18-13959 | Fallon M. Cheeks-Scott | 13 | 05/14/18 |
| 18-13984 | Kiki Oscarson | 13 | 05/14/18 |
| 18-14398 | Albert Watson | 13 | 05/17/18 |
| 18-14606 | Terry Johnson and Linda J. Johnson | 13 | 05/19/18 |
| 18-14664 | Jermilla Y Hill | 13 | 05/21/18 |
| 18-14684 | Ryan J Angellotti and Julia Angellotti | 13 | 05/21/18 |
| 18-14690 | Adia Naba and Dajana Naba | 13 | 05/21/18 |
| 18-14788 | Elba Mendez | 13 | 05/22/18 |
| 18-14858 | Tiffany Warren | 13 | 05/22/18 |
| 18-14868 | Candace M. Woods | 13 | 05/22/18 |

| | | | |
|---|---|---|---|
| 18-14870 | Fredrick Hopkins, Jr | 13 | 05/22/18 |
| 18-14921 | Bob Martin and Cicly Martin | 13 | 05/23/18 |
| 18-15034 | Carla Booker | 13 | 05/23/18 |
| 18-15040 | Tiffany R Gordon | 13 | 05/23/18 |
| 18-15073 | Marquita Gordon | 13 | 05/24/18 |
| 18-15130 | Esther M Lewter and Michael J Lewter | 13 | 05/24/18 |
| 18-15346 | Denise Fox | 13 | 05/29/18 |
| 18-15370 | Tiniki R Fox | 13 | 05/29/18 |
| 18-15388 | Jillyan Wilson | 13 | 05/29/18 |
| 18-15389 | LaToya N. Gordon | 13 | 05/29/18 |
| 18-15470 | Jamel D. Glover | 13 | 05/29/18 |
| 18-15500 | Emmanuel Bowman and Cedeliah Bowman | 13 | 05/30/18 |
| 18-15564 | Jason Doss | 13 | 05/30/18 |
| 18-15953 | Crystal Harris | 13 | 06/04/18 |
| 18-16056 | Jeannie McGregor | 13 | 06/04/18 |
| 18-16569 | Elizabeth Kocian | 13 | 06/11/18 |
| 18-16971 | Demyle Hawkins | 13 | 06/13/18 |
| 18-17011 | Adelia Villarreal-Ray | 7 | 06/14/18 |
| 18-17312 | Damaris M Montijo and Augusto Montijo, Jr | 13 | 06/18/18 |
| 18-17396 | Horacio Rodriguez and Socorro Rodriguez | 13 | 06/19/18 |
| 18-17422 | Jasmine Orengo | 13 | 06/19/18 |
| 18-17678 | Hector Betancourt and Elisabeth Betancourt | 13 | 06/21/18 |
| 18-17858 | Cheryl L. Ferguson and GI Ferguson | 13 | 06/22/18 |
| 18-17882 | Dalquinette P Williams | 13 | 06/23/18 |
| 18-18174 | Shandra R Lett | 13 | 06/27/18 |
| 18-18212 | Marquita D. Murphy | 13 | 06/27/18 |

| | | | |
|---|---|---|---|
| 18-18240 | Elbert Maldonado | 13 | 06/27/18 |
| 18-18251 | Helena Carver | 13 | 06/27/18 |
| 18-18448 | Jamila Villarreal | 13 | 06/28/18 |
| 18-18562 | Mary Bond | 13 | 06/29/18 |
| 18-18652 | Finesse E Hatcher | 13 | 06/29/18 |
| 18-18748 | Alberta Nichols | 13 | 07/02/18 |
| 18-19171 | Ronnie Rodgers, Sr | 13 | 07/09/18 |
| 18-19281 | Carolyn A. Jett | 13 | 07/10/18 |
| 18-19374 | Detrice Ivy | 13 | 07/11/18 |
| 18-19539 | Erin Saunders | 13 | 07/12/18 |
| 18-19615 | Lanarris Brockington, Sr | 13 | 07/13/18 |
| 18-19643 | Daniel R. Tyranski | 13 | 07/13/18 |
| 18-19668 | Tenajsha A Williams | 13 | 07/13/18 |
| 18-19699 | Donald C. Hutson | 13 | 07/13/18 |
| 18-19710 | Noorjehan Manya | 13 | 07/13/18 |
| 18-19752 | Beverly Brown | 13 | 07/14/18 |
| 18-19824 | Crystal Smith | 13 | 07/16/18 |
| 18-19851 | Lashawn Reed | 13 | 07/16/18 |
| 18-20043 | Monica Davidson | 13 | 07/18/18 |
| 18-20150 | Marilyn Hamilton | 13 | 07/18/18 |
| 18-20354 | Mackeyla Warren | 13 | 07/20/18 |
| 18-20422 | Marissa B Johnson | 13 | 07/20/18 |
| 18-20501 | Norval S Boyd and Jaime M Boyd | 13 | 07/23/18 |
| 18-20693 | Randall Morgan and Elisabeth Morgan | 13 | 07/24/18 |
| 18-20944 | Lassandra Weathersby | 13 | 07/26/18 |
| 18-20951 | Herman R. Carter | 13 | 07/26/18 |
| 18-21007 | Denise N. Houston | 13 | 07/26/18 |
| 18-21161 | Cindy Sanders | 13 | 07/27/18 |